**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **COMMISSIONER OF LABOR AND INDUSTRY to the use and benefit of Valerie Steele,** | |
| *Plaintiff*, | **Civil Action No.: RBD-25-1746** |
| v. | |
| **THE WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA).** | |
| *Defendant.* | |

## ORDER

Upon consideration of the Parties' Joint Motion for Modification of the Scheduling Order, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is hereby **ORDERED** that the following schedule will now be:

| Event | Current Deadlines | Updated Deadline |
|---|---|---|
| Discovery deadline; submission of status report. | **July 20, 2026** | **October 18, 2026** |
| Requests for Admission. | **July 27, 2026** | **October 26, 2026** |
| Dispositive pretrial motions deadline. | **August 17, 2026** | **November 16, 2026** |

**SO ORDERED** this the 7th day of ____July____, 2026.

_____
/s/

Richard D. Bennett
United States District Judge